Rel: August 15, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2024-0368

Estate of Luther Cleckler, Estate of Sadie Cleckler, and Kim Cleckler v. TL Investments (Appeal from Chilton Circuit Court: CV-22-900095).

McCOOL, Justice.

   AFFIRMED. NO OPINION.

   See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

   Stewart, C.J., and Shaw, Bryan, and Mendheim, JJ., concur.